**Dismissed and Memorandum Opinion filed November 3, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00715-CV
_____

**RIGOBERTO HERNANDEZ and REYNA HERNANDEZ, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 992022**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 1, 2011. The notice of appeal was filed August 11, 2011. Our records show that appellants have not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc.

Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On September 14, 2011, the court advised appellants that the fee had not been paid and the appeal was subject to dismissal if the fee was not paid within ten days. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). To date, the fee has not been paid.

In addition, the clerk's record in this appeal was due September 30, 2011, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On October 5, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellants have not provided this court with proof of payment for the record or filed any response to the court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.